UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

P.F. LAZOR,

         Plaintiff,

    v.

CONNIE GIPSON, et al.,

         Defendants.

Case No. 14-cv-00594-JCS

**ORDER OF TRANSFER**

Plaintiff raises various claims against his jailors at Corcoran State Prison, which is in Kings County, which lies in the Eastern District of California. This federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: March 10, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge